IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOROTHY BARTLETT, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| SUPT. SCI-MUNCY, et al., | : | No. 13-6779 |
| Respondents. | : | |

**L. FELIPE RESTREPO, J.**

AND NOW, this 14th day of March, 2014, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The petition for writ of habeas corpus is DENIED with prejudice;
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
L. FELIPE RESTREPO, J.